**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SEMCRUDE, L.P. *et al.*, | ) | Case No. 08-11525 (BLS) |
| | ) | |
| Debtor. | ) | re: Docket No. 62 |

### NOTICE OF APPEAL OF CARMAC ENERGY CORPORATION

Party in Interest, Carmac Energy Corporation ("Carmac"), appeals under 28 U.S.C. § 158(a) from the Order Authorizing the Debtors to Pay Certain Critical Providers and Other Critical Prepetition Claims entered in this bankruptcy case on July 23, 2008, a copy of which is attached hereto as Exhibit "A."

The names of all parties to the Order Authorizing the Debtors to Pay Certain Critical Providers and Other Critical Prepetition Claims being appealed, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

| ENTITY | ATTORNEYS |
|---|---|
| SemCrude, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, Oklahoma  74136-4216 | Mark D. Collins (No. 2981)<br>John H. Knight (No. 3848)<br>L. Katherine Good (No. 5101)<br>Marjis J. Finnegan (DE admission pending)<br>Richards, Layton, & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware  19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email:    collins@rlf.com<br>            knight@rlf.com<br>            good@rlf.com<br>            mfinnegan@rlf.com |

| ENTITY | ATTORNEYS |
|---|---|
| | Harvey R. Miller<br>Michael P. Kessler<br>WEIL, GOTSHAL & MAGNES LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Telephone: (212) 310-8000<br><br>Martin A. Sosland<br>Sylvia A. Mayer<br>WEIL, GOTSHAL, & MAGNES LLP<br>200 Crescent Court, Suite 300<br>Dallas, Texas  75201<br>Telephone: (214) 764-7700 |
| Chemical Petroleum Exchange,<br>Incorporated<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>Eaglwing, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  741136-4216<br><br>Grayson Pipeline, L.L.C.<br>6502 South Yale<br>Tulsa, OK  74136<br><br>Greyhawk Gas Storage Company,<br>L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>K.C. Asphalt, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 | John Henry Knight<br>Mark D. Collins<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:  knight@rlf.com<br>            collins@rlf.com |

| ENTITY | ATTORNEYS |
|---|---|
| SemCanada II, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemCanada, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemCrude Pipeline, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemFuel Transport, LLC<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemFuel, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemGas Gathering LLC<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemGas Storage, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemGas, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemGroup Asia, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 | |

| ENTITY | ATTORNEYS |
|--------|-----------|
| SemGroup Finance Corp.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemGroup, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemKan, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemManagement, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemMaterials Vietnam, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemMaterials, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemOperating G.P., L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemStream, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemTrucking, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 | |

| ENTITY | ATTORNEYS |
|---|---|
| Steuben Development Company, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 | |
| U.S. Trustee for the District of<br>Delaware<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE  19899-0035 | |
| BP Oil Supply Company<br>28301 Ferry Road, 126P<br>Warrenville, IL  60555<br>Attn:  Dan Rosen<br>Telephone:  630-836-4544<br>Facsimile:  630-836-4600 | James S. Carr<br>Craig A. Wolfe<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY  10178<br>Telephone:  (212) 808-7800<br>Facsimile:  (212) 808-7897<br>Email:<br>KDWBankruptcyDepartment@kelleydryer.com |
| Sunoco Partners Marketing &<br>Terminals, LP<br>1801 Market Street, 25th Floor<br>Philadelphia, PA  19103<br>Attn:  Tony Gallo<br>Telephone: (215) 977-6897 | Joseph J. Bellinger, Jr., Esquire<br>Matthew G Summers, Esquire<br>Ballard, Spahr, Andrews & Ingersoll, LLP<br>300 East Lombard Street<br>18th Floor<br>Baltimore, MD  21202-3268<br>Telephone:  (410) 528-5600<br>Facsimile:  (410) 528-5650<br>Email:  bellingerj@ballardspahr.com<br>summersm@ballardspahr.com<br><br><br>Tobey M. Daluz, Esquire<br>Ballard, Spahr, Andrews & Ingersoll, LLP<br>919 N. Market, 12th Floore<br>Wilmington, DE  19801<br>Telephone:  (302) 252-4465<br>Facsimile:  (302) 252-4466<br>Email:  daluzt@ballardspahr.com |
| PIMCO<br>840 Newport Center Dr., Suite 300<br>Newport Beach, CA  92660<br>Attn:  Mark Afrasiabi<br>Telephone:  949-720-6052<br>Facsimile:  949-720-6244 | |

| ENTITY | ATTORNEYS |
|---|---|
| Valero, L.P.<br>P.O. Box 696000<br>San Antonio, TX 78269<br>Attn: Belinda Haecker<br>Telephone: 210-345-2064<br>Facsimile: 210-444-8511 | Kathleen Miller, Esquire<br>SMITH, KATZENSTEIN & FURLOW, LLP<br>The Corporate Plaza<br>800 Delaware Avenue,10th Floor<br>P.O. Box 410 (Courier 19801)<br>Wilmington, DE 19899<br>Telephone: (302) 652-8400<br>Facsimile: (302) 652-8405<br>Email: kmiller@skfdelaware.com<br><br>Michael M. Parker, Esquire<br>FULBRIGHT & JAWORSKI, L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX 78205<br>Telephone: (210) 224-5575<br>Facsimile: (210) 270-7205<br>Email: mparker@fulbright.com<br><br>Michael G. Smith, Esquire<br>MICHAEL G. SMITH, P.C.<br>P.O. Box 846<br>515 West Frisco<br>Clinton, OK 73601<br>Telephone: (580) 323-2167<br>Facsimile: (580) 323-2188<br>Email: mike@mikesmithlaw.net |
| Western Asset Management Company<br>385 East Colorado Blvd.<br>Pasadena, CA 91101<br>Attn: Gibson Cooper<br>Telephone: 626-844-9672<br>Facsimile: 626-844-9909 | |
| ConocoPhillips<br>315 Johnstone, 1350C POB<br>Bartlesville, OK 74004<br>Attn: Craig Cooper<br>Telephone: 918-661-1559<br>Facsimile: 918-661-6143 | |

| ENTITY | ATTORNEYS |
| --- | --- |
| Noble Energy, Inc.<br>100 Glenbourgh Dr., Suite 100, 13th Fl.<br>Houston, TX  77067<br>Attn:  Dan Cooper<br>Telephone:  281-876-8844<br>Facsimile:  281-876-8845 | Jeffrey M. Schlerf, Edsquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>Telephone:  (302) 655-5000<br>Facsimile:  (302) 658-6395<br>Email:  jschlerf@bayardlaw.com<br><br>Richard A. Chesley, Esquire<br>Paul, Hastings, Janofsky &Walker, LLP<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL  60606<br>Telephone:  (312) 499-6000<br>Facsimile:  (312) 499-6100<br>Email:  richardchesley@paulhastings.com |
| Plains All American Pipeline LP<br>333 Clay St., Suite 1600<br>Houston, TX  77002<br>Attn:  Mike McBride<br>Telephone:  713-646-4178<br>Facsimile:  713-646-4564 | Jeffrey C. Wisler, Esq.<br>Marc J. Phillips, Esq.<br>Connolly, Bove, Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>Telephone:  (302) 658-9141<br>Facsimile:  (302) 658-0380<br>Email:  jwisler@cblh.com<br>          mphillips@cblh.com<br><br>Clay M. Taylor, Esq.<br>Michael M. McConnell, Esq.<br>Kelly, Hart & Hallman, LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX  76102<br>Telephone:  (817) 332-2500<br>Facsimile:  (817) 878-9766<br>Email:  Clay.Taylor@khh.com<br>          Michael.McConnell@khh.com |

| ENTITY | ATTORNEYS |
|---|---|
| Merrill Lynch Asset Management<br>4 World Financial Center, 7th Floor<br>Attn:  Paul Sharkey<br>New York, NY  10080<br>Telephone: (212) 449-9208<br>Facsimile:  (212) 449-7148 | Richard M. Beck, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE  19801<br>Telephone:  (302) 426-1189<br>Facsimile:  (302) 426-9193<br>Email:  rbeck@klehr.com<br><br>Kenneth W. Irvin, Esq.<br>McDermott, Will & Emergy, LLP<br>600 13th Street, N.W.<br>Washington, DC  20005<br>Telephone:  (202) 756-8116<br>Facsimile:  (202) 756-8087<br>Email:  kirvin@mwe.com<br><br>Nathan F. Coco, Esq.<br>McDermott, Will & Emergy, LLP<br>227 West Monroe Street<br>Chicago, IL  60606-5096<br>Telephone:  (312) 984-3658<br>Facsimile:  (312) 984-7700<br>Email:  ncoco@mwe.com<br><br>McDermott, Will & Emergy, LLP<br>Counsel for Merrill Lynch Capital Corporation and Merrill Lynch Commodities, Inc.<br>Attn:  Gary O. Ravert, Esq.<br>340 Madison Avenue<br>New York, NY  10173-1922<br>Telephone:  (212) 547-5400<br>Facsimile:  (212) 547-5444<br>Email:  gravert@mwe.com |
| National Refinery Association (NCRA)<br>1391 Iron Horse Road<br>McPherson, KS  67460<br>Attn:  Mary Minor<br>Telephone:  620-241-2340 | |

| ENTITY | ATTORNEYS |
|---|---|
| Central Crude Corporation<br>2020 North Bramblewood<br>Wichita, KS 67206<br>Attn: Sally Phillips<br>Telephone: 316-337-8378<br>Facsimile: 316-265-8690 | Karen C. Bifferato, Esq. (No. 3279)<br>Christina M. Thompson, Esq. (No. 3976)<br>Marc J. Phillips, Esq. (No. 4445)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141 |
| Husky Energy Marketing, Inc.<br>707 – 8th Ave. SW<br>Box 6525, Station D<br>Calgary, Alberta T2P 3G7<br>Attn: Steve Downing<br>Telephone: 403-298-6727<br>Facsimile: 403-298-6178 | Laurie Schenker Polleck, Esq. (No. 4300)<br>JASPAN SCHLESINGER HOFFMAN LLP<br>913 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 351-8000<br>Facsimile: (302) 351-8010<br>Email: lpolleck@jshllp-de.com<br><br>Michael G. Burke, Esq.<br>Lee S. Attanasio, Esq.<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: mgburke@sidley.com |
| Crescent Point Energy Trust<br>111 – 5th Ave. SW, Suite 2800<br>Calgary, Alberta T2P 3Y6<br>Attn: Barb Berry (Consultant)<br>Telephone: 403-815-4839 | |
| Crude Marketing & Transportation, Inc.<br>16 East 16th St., #300<br>Attn: Credit Department<br>Tulsa, OK 74119<br>Telephone: 918-585-6790 | |

| ENTITY | ATTORNEYS |
|---|---|
| ChevronTexaco Corp.<br>1500 Louisiana St., 4th Floor<br>Houston, TX  77002<br>Attn:  Brian DePriest<br>Telephone:  832-854-5278<br>Facsimile:  832-854-4866 | Norman M. Monhait, Esq. (DE 1040)<br>ROSENTHAL, MONHAIT & GODDESS, PA<br>Citizens Bank Center, Suite 1401<br>919 Market Street<br>P.O. Box 1070<br>Wilmington, DE  19899<br>Telephone:  (302) 656-4433<br>Facsimile:  (302) 658-7567<br>Email:     nmonhait@rmgglaw.com<br><br><br>Richard L. Epling, Esq.<br>Karen B. Dine, Esq.<br>Margot P. Erlich, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY  10036<br>Telephone:  (212) 858-1000<br>Facsimile: (212) 585-1500<br>Email:     richard.epling@pillsburylaw.com<br>               karen.dine@pillsburylaw.com<br>               margot.erlich@pillsburylaw.com |
| Alon USA, LP<br>7616 LBJ Freeway, Suite 300<br>Dallas, TX  75251<br>Attn:  Michael Dodson<br>Telephone:  972-367-3621<br>Facsimile:  972-367-3737 | Karen C. Bifferato, Esq. (DE3279)<br>Marc J. Phillips, Esq. (DE 4445)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>Telephone:  (302) 658-9141<br>Facsimile:  (302) 658-0380<br><br>Gregory M. Gordon, Esq. (TX 08435300)<br>Daniel P. Winikka, Esq. (TX 00794873)<br>Dan B. Prieto (TX 24048744)<br>Robert J. Jud (TX 24041217)<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX  75201-1515<br>Telephone:  (214) 220-3939<br>Facsimile: (214) 969-5100 |

| ENTITY | ATTORNEYS |
|---|---|
| Eaton Vance Management<br>255 State Street<br>Boston, MA 02109<br>Attn: David Zimmerman<br>Telephone: 617-598-8107<br>Facsimile: 617-482-6811 | |
| Bain Capital / Sankaty<br>111 Huntington Ave.<br>Boston, MA 02199<br>Attn: David Stein<br>Telephone: 617-516-2690<br>Facsimile: 617-516-2710 | |
| Apache Canada Ltd.<br>700 – 9th Ave. SW<br>Calgary, Alberta T2P 3V4<br>Attn: John Chung (Houston Office)<br>Telephone: 713-296-6615<br>Facsimile: 713-296-6675 | |
| Fountain Capital Management<br>10801 Mastin Blvd., Suite 220<br>Overland Park, KS 66210<br>Attn: Zachary Hamel<br>Telephone: 913-345-2766<br>Facsimile: 913-345-2763 | |
| Arc Energy Trust<br>2100-440 2nd Avenue SW<br>Calgary, Alberta T2P 5E0<br>Attn: Credit Department<br>Telephone: 403-503-8600<br>Facsimile: 403-503-8705 | |
| Muzinich & Company<br>450 Park Avenue<br>New York, NY 10022<br>Attn: Anthony Iorfino<br>Telephone: 212-204-0092<br>Facsimile: 212-888-4368 | |
| Legal and General Investment<br>Management<br>3 Queens Victoria Street<br>London, England EC4N 8NH<br>Attn: David North<br>Telephone: 44-20-7528-6676 | |

| ENTITY | ATTORNEYS |
|---|---|
| Teppco Crude Oil, LLC<br>1100 Louisiana St., Suite 8160<br>Houston, TX  77002<br>Attn:  Gary Yager<br>Telephone:  713-381-3639<br>Facsimile:  713-381-7907 | Philip G. Eisenberg, Esquire<br>Mark Chavez, Esquire<br>LOCKE, LORD, BISSELL & LIDDELL, LLP<br>600 Travis Street<br>3400 JP Morgan Chase Tower<br>Houston, TX  77002<br>Telephone:  (713) 226-1200<br>Facsimile:  (713) 223-3717<br>Email:  peisenberg@lockelord.com<br>        mchavez@lockelord.com<br><br>Rick Kuebel, III, Esquire<br>LOCKE, LORD, BISSEL & LIDDELL, LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA  70130<br>Telephone:  (504) 558-5155<br>Facsimile: (504) 558-5200<br>Email:  rkuebel@lockelord.com |
| Deutsche Capital<br>60 Wall Street<br>New York, NY  10005<br>Attn:  Angelo D'Urso<br>Telephone:  (212) 250-5843 | |
| Pioneer Natural Resources USA, Inc.<br>5205 N. O'Connor Blvd., Suite 1400<br>Dallas, TX  75039<br>Attn:  Jamie Fuselier<br>Telephone:  972-969-3671<br>Facsimile:  972-969-3590 | William D. Sullivan, Esq. (No. 2820)<br>SULLIVAN HAZELTINE ALLINSON, LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE  19801<br>Telephone:  (302) 428-8191<br>Facsimile:  (302) 428-8125<br><br>Christopher L. Richardson, Esq. (No. 13437)<br>DAVIS GRAHAM & STUBBS LLP<br>1550 15th Street, Suite 500<br>Denver, CO  80202<br>Telephone:  (303) 892-7420<br>Facsimile:  (303) 893-1379 |
| Cimmaron Transportation, LLC<br>3314 E. Hwy. 82<br>Gainesville, TX  76240<br>Attn:  John Schmitz<br>Telephone: 940-665-4373 | |

| ENTITY | ATTORNEYS |
|---|---|
| Nexen Marketing Inc.<br>801 – 7th Avenue SW, Suite 1700<br>Calgary, Alberta  T2P 3P7<br>Attn:  Fred Pacione<br>Telephone:  403-699-4075<br>Facsimile:  403-303-2230 | |
| Central Kansas Crude, LLC<br>920 East First Street<br>Pratt, KS  67124<br>Telephone:  620-672-9484 | |
| Royal Dutch Petroleum Company (Shell)<br>Plaza Level One<br>909 Fannin Street<br>Houston, TX  77010<br>Attn:  Miguel Correa<br>Telephone:  713-230-5120<br>Facsimile:  713-265-5120 | |
| Bank of America, N.A.<br>c/o Jay T. Wampler<br>Strategic Solutions, Inc.<br>901 Main St. 66th Floor<br>Dallas, TX 75202 | Laurie Selber Silverstein, Esq.<br>Potter, Anderson & Corroon, LLP<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br><br>Margot B. Schonholtz, Esq.<br>Scott D. Talmadge, Esq.<br>Marc D. Rosenberg, Esq.<br>KAYE SCHOLER, LLP<br>425 Park Avenue<br>New York, New York  10022<br>Telephone:  (212)836-8000<br>Facsimile: (212)836-8689<br>Email:  mschonholtz@kayescholer.com<br>stalmadge@kayescholer.com<br>mrosenberg@kayescholer.com |

| ENTITY | ATTORNEYS |
|---|---|
| General Electric Capital Corporation<br>120 Long Ridge Road<br>Stamford, CT 06927<br>Attn: Portfolio Manager – SemCrude<br>      Pipeline | Kurt F. Gwynne (No. 3951)<br>Thad J. Bracegirdle (No. 3691)<br>1201 North Market Street, Suite 1500<br>Wilmington, Delaware  19801<br>Telephone:  (302) 778-7500<br>Email:     kgwynne@reedsmith.com<br>                tbracegirdle@reedsmith.com<br><br>Edwin E. Smith, Esq.<br>Steven Wilamowsky, Esq.<br>Andrew J. Gallo, Esq.<br>Francesca L. Miceli, Esq.<br>BINGHAM, McCUTCHEN LLP<br>One Federal Street<br>Boston, Massachusetts  02110<br>Telephone: (617) 951-8000<br>Email:     andrew.gallo@bingham.com<br>                francesca.miceli@bingham.com<br><br>James J. Canfield, Esq.<br>HISCOCK & BARCLAY, LLP<br>One Park Place<br>300 South State Street<br>Syracuse, New York  13202<br>Telephone:  (315) 425-2763<br>Email:     jcanfield@hiscockbarclay.com |

| ENTITY | ATTORNEYS |
|---|---|
| Manchester Securities Corp.<br>712 Fifth Avenue, 35th Floor<br>New York, NY 10019<br>Attn: Elliot Greenburg, Vice President | Brian S. Hermann, esq.<br>Christopher A. Jarvinen, Esq.<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON, LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212)373-3000<br>Email:    bhermann@paulweiss.com<br>            cjarvinen@paulweiss.com<br><br>Pauline K. Morgan, Esq.<br>Erin D. Edwards, Esq.<br>YOUNG, CONWAY, STARGATT &<br>TAYLOR, LLP<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:    pmorgan@ycst.com<br>            eedwards@ycst.com |
| Alerian Finance Partners, LP<br>2100 McKinney Avenue<br>Dallas, TX 75201<br>Attn: Gariel A. Hammond<br><br>and<br><br>45 Rockefeller Plaza, Suite 2000<br>New York, NY 10111<br>Attn: Richard Levy, Chief Financial<br>Officer | Brian S. Hermann, esq.<br>Christopher A. Jarvinen, Esq.<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON, LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212)373-3000<br>Email:    bhermann@paulweiss.com<br>            cjarvinen@paulweiss.com<br><br>Pauline K. Morgan, Esq.<br>Erin D. Edwards, Esq.<br>YOUNG, CONWAY, STARGATT &<br>TAYLOR, LLP<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:    pmorgan@ycst.com<br><br>            eedwards@ycst.com |

Dated: August 4, 2008

s/ Bradford J. Sandler

Bradford J. Sandler, Esq. (No. 4142)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801-1611
Telephone:  (302) 442-7010
Facsimile:  (302) 442-7012

and

Doneen D. Jones, Esq.
FELLERS SNIDER BLANKENSHIP
   BAILEY & TIPPENS, LLC
100 North Broadway, Suite 1700
Oklahoma City, OK  73102-8820
Telephone: (405) 232-0621
Facsimile:  (405) 239-9659

*Attorneys for Party in Interest Carmac
Energy Corporation*

# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
                           :

In re                    :       **Chapter 11**
                           :

**SEMCRUDE, L.P., et al.,**    :       **Case No. 08-11525 (BLS)**
                           :       **Joint Administration Requested**

        **Debtors.**         :

                           :       Re: Docket No. 15
-------------------------------------------------------x

## ORDER AUTHORIZING THE DEBTORS TO PAY CERTAIN
## CRITICAL PROVIDERS AND OTHER CRITICAL PREPETITION CLAIMS

Upon the motion, dated July 22, 2008 (the "Motion"), of SemCrude, L.P., its

parent, SemGroup, L.P. ("SemGroup"), and certain direct or indirect subsidiaries of SemGroup,

as debtors and debtors in possession (collectively, the "SemGroup Companies" or the

"Debtors"), pursuant to sections 105, 363, 364, and 1107 of chapter 11 of title 11 of the United

States Code (the "Bankruptcy Code"), to pay certain prepetition claims (the "Critical Prepetition

Claims"), consisting of (I) the prepetition fixed, liquidated, and undisputed claims (the "Critical

Provider Claims") of certain of the Debtors' critical suppliers and providers of products and

services (collectively, the "Critical Providers") on the terms and conditions set forth herein, and

(II) other critical claims (the "Other Critical Claims"), including (a) the prepetition claims of

creditors who transport product or supplies by truck, railroad, barge, pipeline, or other similar

means (the "Common Carriers"), (b) the prepetition claims of creditors storing product or

supplies, whether in warehouses, tanks, terminals, underground storage facilities, or other similar

means (the "Warehousemen"), and (c) prepetition claims related to customs, including Customs

Duties (defined below) and the prepetition claims of customs brokers (the "Customs Brokers"),

all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion

and the relief requested therein in accordance with 28 U.S.C. § § 157 and 1334; and



081152508072300000000028

consideration of the Motion and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § § 1408 and

1409; and due and proper notice of the Motion having been provided to (a) the U.S. Trustee for

the District of Delaware, (b) those creditors listed on the Debtors' Consolidated List of Creditors

Holding 30 Largest Unsecured Claims, (c) counsel to Bank of America, N.A., as administrative

agent for certain of the Debtors' prepetition secured lenders and, (d) General Electric Capital

Corporation, as administrative agent for certain of SemCrude Pipeline, L.L.C.'s prepetition

secured lenders, (e) Wells Fargo National Bank, National Association, as indenture trustee for

the Debtors' prepetition unsecured bondholders, (f) Manchester Securities Corp. and Alerian

Finance Partners, LP; and it appearing that no other or further notice need be provided; and the

Court having determined that the relief sought in the Motion is in the best interests of the

Debtors, their creditors and all parties in interest; and the Court having determined that the legal

and factual bases set forth in the Motion establish just cause for the relief granted herein; and

upon all of the proceedings had before the Court and after due deliberation and sufficient cause

appearing therefor, it is

      ORDERED that the Motion is granted on as modified herein; and it is further

      ORDERED that the Debtors are authorized, but not directed, in their sole

discretion, to pay the Critical Prepetition Claims in an amount not to exceed $50 million in the

aggregate; *provided, however*, that the Debtors shall notify the following parties of any payments

made pursuant to this Order: the United States Trustee, Bank of America, N.A., as administrative

agent for certain of the Debtors' prepetition secured lenders, the Ad Hoc Committee of

Noteholders (until such time as a statutory committee of creditors is appointed), and the statutory

committee of creditors, when appointed; and it is further

2

ORDERED that the Debtors are authorized, but not directed, in their sole discretion, to seek to cause each Critical Provider to enter into an agreement ("Supplier Protection Agreement") with the Debtors as a condition of payment of its Critical Provider Claim that includes terms substantially similar to the following:

(a)     in the Debtors' sole discretion, the Debtors will make all payments, in cash or in kind (at the Debtors' election), due the Critical Provider for pre-Commencement Date transactions, on the due date or as soon as reasonably practicable thereafter;

(b)     the Critical Provider agrees, through the earlier of six (6) months after the Commencement Date or the effective date of a chapter 11 plan, to be bound by the Customary Trade Terms (as defined below), which shall include, but not be limited to, credit terms, historical pricing conventions, historical product volumes, cash discounts, payment terms, allowances, rebates, normal product mix, and availability and other applicable terms and programs acceptable to the Debtors, so long as the Debtors are not then in postpetition default;

(c)     the "Customary Trade Terms" shall be defined as those trade terms with the Critical Provider that were most favorable to the Debtors at any time during the time period from July 1, 2007 through the Commencement Date;

(d)     the Critical Provider acknowledges that it has reviewed the terms and provisions of this Motion and the order approving this Motion, and consents to be bound thereby;

(e)     the Critical Provider agrees that, to the extent it has received payment under the Critical Provider Program from the Debtors on a Critical Provider Claim, but the Critical Provider subsequently refuses to supply products or services to the Debtors on Customary Trade Terms, the Critical Provider will immediately repay to the Debtors any such payments, without the right of setoff, recoupment, or reclamation by the Critical Provider; and

(f)     to the extent there exist any safe-harbor contracts between the Debtors and the Critical Provider that contain a right of termination based on the Debtors' bankruptcy, insolvency, or other similar conditions, the Critical Provider agrees to waive the filing of bankruptcy by or the insolvency or other similar conditions of the Debtors as a termination right under those contracts for the duration of the Supplier Protection Agreement. All other default, suspension, and termination provisions in such contracts shall remain in effect;

and it is further

ORDERED that if a Critical Provider refuses to provide product, supplies, or services on Customary Trade Terms (or such other terms as are agreed by the parties) following receipt of payment on its Critical Provider Claim, or fails to comply with any Supplier Protection Agreement entered into between such Critical Provider and the Debtors, the Debtors are authorized to, in their discretion and without further order of the Court, (a) declare that any Supplier Protection Agreement between the Debtors and such Critical Provider is terminated, and (b) declare that provisional payments made to such Critical Provider on account of its Critical Provider Claim, whether pursuant to a Supplier Protection Agreement or otherwise, shall be deemed to have been in payment of then-outstanding postpetition claims of such vendors without further order of the Court or action by any person or entity; and it is further

ORDERED that if a Critical Provider refuses to supply product, supplies, or services to the Debtors on Customary Trade Terms (or such other terms as are agreed by the parties) following receipt on its Critical Provider Claim, or fails to comply with any Supplier Protection Agreement entered into between such Critical Provider and the Debtors, the Debtors are hereby authorized, without further order of the Court, to exercise either of the rights set forth in the preceding paragraph, the Critical Provider against which such rights are exercised shall immediately return to the Debtors any payments made to it on account of its Critical Provider Claims to the extent that any such payments exceed the postpetition claims of such provider then outstanding without giving effect to any rights of setoff, claims, provision for payment of reclamation or trust fund claims, or otherwise. In short, in the event that either a Supplier Protection Agreement is terminated or a Critical Provider refuses to provide product, supplies, or services to the Debtors on Customary Trade Terms following receipt of payment on its Critical Provider Claim, the Debtors and such Critical Provider are to be returned to their *status quo ante*, i.e., their respective positions immediately prior to entry of this Order; and it is further

4

ORDERED that nothing contained in this Order shall constitute a waiver of the Debtors' right to seek damages or other appropriate remedies against any breaching Critical Provider; and it is further

ORDERED that, notwithstanding the foregoing, the Debtors, in their business judgment, may reinstate a Supplier Protection Agreement if the underlying default under the Supplier Protection Agreement is fully cured by the Critical Provider not later than five (5) business days following the Debtors' notification to the Critical Provider that such default occurred, or the Debtors, in their business judgment, reach a favorable alternative agreement with the Critical Provider; and it is further

ORDERED that nothing herein shall change the nature or priority of the underlying Critical Prepetition Claims; and it is further

ORDERED that nothing contained in this Order shall be deemed to constitute an assumption or adoption of any executory contract or prepetition or postpetition agreement between the Debtors and the holder of a Critical Prepetition Claim, or to require the Debtors to make any of the payments authorized herein; and it is further

ORDERED that the authorization granted hereby to pay Critical Prepetition Claims shall not create any obligation on the part of the Debtors or their officers, directors, attorneys, or agents to pay the Critical Prepetition Claims, none of the foregoing persons shall have any liability on account of any decision by the Debtors not to pay a Critical Prepetition Claim, and nothing contained in this Order shall be deemed to increase, reclassify, elevate to an administrative expense status, or otherwise affect the Critical Provider Claims to the extent they are not paid; and it is further

ORDERED that the amount of such Critical Provider Claim set forth in connection with a Supplier Protection Agreement shall be used only for purposes of determining such Critical Provider's claim under this Order and shall not be deemed a claim allowed by the Court, and the rights of all interested persons to object to such claim shall be fully preserved until further order of the Court. Further, signing a Supplier Protection Agreement containing a claim amount for purposes of this Order shall not excuse such Critical Provider from filing a proof of claim in these cases; and it is further

ORDERED that no claimant who receives payment on account of a Critical Prepetition Claim is permitted to file or perfect a lien, reclamation claim, or a claim under section 503(b)(9) of the Bankruptcy Code on account of such Critical Prepetition Claim, and any such claimant shall take at the claimant's expense all necessary action to remove any existing lien or withdraw such reclamation claim or 503(b)(9) claim relating to such Critical Prepetition Claim, even if the lien, reclamation claim, or 503(b)(9) claim is against property of a non-debtor; and it is further

ORDERED that, notwithstanding the relief granted herein and any actions taken hereunder, nothing contained herein shall create, nor is intended to create, any rights in favor of, or enhance the status of any claim held by, any person; and it is further

ORDERED that all applicable banks and other financial institutions are hereby authorized and required, when requested by the Debtors, to receive, process, honor, and pay any and all checks and transfer requests evidencing amounts paid by the Debtors under this Order whether presented prior to or after the Commencement Date. Such banks and financial institutions are authorized to rely on the representations of the Debtors as to which checks are issued or authorized to be paid pursuant to this Order; and it is further

6

ORDERED that nothing in this Order shall be deemed either a grant of administrative priority expense status to, or authority to pay, any amounts that are disputed by the Debtors; and it is further

ORDERED that nothing contained in this Order shall be construed as a waiver by the Debtors of their rights to contest any claim or invoice of a holder of a Critical Prepetition Claim under applicable law; and it is further

ORDERED that nothing in this Order shall prohibit the Debtors from seeking Court authority to increase the prepetition amounts authorized to be paid hereunder; and it is further

ORDERED that the requirements of Rule 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") are satisfied by the contents of the Motion and notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, or 9014, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order; and it is further

ORDERED that this Order shall be immediately effective and enforceable upon its entry.

Dated: July 23, 2008
      Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SEMCRUDE, L.P. *et al.*, | ) | Case No. 08-11525 (BLS) |
| | ) | |
| Debtor. | ) | re: Docket No. 62 |

**<u>CERTIFICATE OF SERVICE</u>**

I, BRADFORD J. SANDLER, ESQUIRE, hereby certify that on August 4, 2008, I caused to be served a true and correct copy of the foregoing document, via first class mail, hand delivery and/or electronic delivery upon the attorneys listed below, if no attorney is listed the entity was served.

| ENTITY | ATTORNEYS |
|---|---|
| SemCrude, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, Oklahoma 74136-4216 | Mark D. Collins (No. 2981)<br>John H. Knight (No. 3848)<br>L. Katherine Good (No. 5101)<br>Marjis J. Finnegan (DE admission pending)<br>Richards, Layton, & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email:  collins@rlf.com<br>knight@rlf.com<br>good@rlf.com<br>mfinnegan@rlf.com |
| | Harvey R. Miller<br>Michael P. Kessler<br>WEIL, GOTSHAL & MAGNES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000 |

| ENTITY | ATTORNEYS |
|---|---|
| | Martin A. Sosland<br>Sylvia A. Mayer<br>WEIL, GOTSHAL, & MAGNES LLP<br>200 Crescent Court, Suite 300<br>Dallas, Texas  75201<br>Telephone: (214) 764-7700 |
| Chemical Petroleum Exchange,<br>Incorporated<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>Eaglwing, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  741136-4216<br><br>Grayson Pipeline, L.L.C.<br>6502 South Yale<br>Tulsa, OK  74136<br><br>Greyhawk Gas Storage Company,<br>L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>K.C. Asphalt, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br><br><br><br><br>SemCanada II, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemCanada, L.P.<br>Two Warren Place | John Henry Knight<br>Mark D. Collins<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:  knight@rlf.com<br>            collins@rlf.com |

| ENTITY | ATTORNEYS |
|---|---|
| 6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemCrude Pipeline, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemFuel Transport, LLC<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemFuel, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemGas Gathering LLC<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemGas Storage, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemGas, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemGroup Asia, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemGroup Finance Corp.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemGroup, L.P.<br>Two Warren Place | |

| ENTITY | ATTORNEYS |
|---|---|
| 6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemKan, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemManagement, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemMaterials Vietnam, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemMaterials, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemOperating G.P., L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemStream, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemTrucking, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br><br>Steuben Development Company, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 |  |

| ENTITY | ATTORNEYS |
|--------|-----------|
| U.S. Trustee for the District of Delaware<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE  19899-0035 | |
| BP Oil Supply Company<br>28301 Ferry Road, 126P<br>Warrenville, IL  60555<br>Attn:  Dan Rosen<br>Telephone:  630-836-4544<br>Facsimile:  630-836-4600 | James S. Carr<br>Craig A. Wolfe<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY  10178<br>Telephone:  (212) 808-7800<br>Facsimile:  (212) 808-7897<br>Email:<br>KDWBankruptcyDepartment@kelleydryer.com |
| Sunoco Partners Marketing & Terminals, LP<br>1801 Market Street, 25th Floor<br>Philadelphia, PA  19103<br>Attn:  Tony Gallo<br>Telephone: (215) 977-6897 | Joseph J. Bellinger, Jr., Esquire<br>Matthew G Summers, Esquire<br>Ballard, Spahr, Andrews & Ingersoll, LLP<br>300 East Lombard Street<br>18th Floor<br>Baltimore, MD  21202-3268<br>Telephone:  (410) 528-5600<br>Facsimile:  (410) 528-5650<br>Email:  bellingerj@ballardspahr.com<br>        summersm@ballardspahr.com<br><br><br>Tobey M. Daluz, Esquire<br>Ballard, Spahr, Andrews & Ingersoll, LLP<br>919 N. Market, 12th Floore<br>Wilmington, DE  19801<br>Telephone:  (302) 252-4465<br>Facsimile:  (302) 252-4466<br>Email:  daluzt@ballardspahr.com |
| PIMCO<br>840 Newport Center Dr., Suite 300<br>Newport Beach, CA  92660<br>Attn:  Mark Afrasiabi<br>Telephone:  949-720-6052<br>Facsimile:  949-720-6244 | |

| ENTITY | ATTORNEYS |
|---|---|
| Valero, L.P.<br>P.O. Box 696000<br>San Antonio, TX  78269<br>Attn:  Belinda Haecker<br>Telephone:  210-345-2064<br>Facsimile:  210-444-8511 | Kathleen Miller, Esquire<br>SMITH, KATZENSTEIN & FURLOW, LLP<br>The Corporate Plaza<br>800 Delaware Avenue,10[th] Floor<br>P.O. Box 410 (Courier 19801)<br>Wilmington, DE  19899<br>Telephone:  (302) 652-8400<br>Facsimile:  (302) 652-8405<br>Email:  kmiller@skfdelaware.com<br><br>Michael M. Parker, Esquire<br>FULBRIGHT & JAWORSKI, L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX  78205<br>Telephone:  (210) 224-5575<br>Facsimile:  (210) 270-7205<br>Email:  mparker@fulbright.com<br><br>Michael G. Smith, Esquire<br>MICHAEL G. SMITH, P.C.<br>P.O. Box 846<br>515 West Frisco<br>Clinton, OK  73601<br>Telephone:  (580) 323-2167<br>Facsimile:  (580) 323-2188<br>Email:  mike@mikesmithlaw.net |
| Western Asset Management Company<br>385 East Colorado Blvd.<br>Pasadena, CA  91101<br>Attn:  Gibson Cooper<br>Telephone:  626-844-9672<br>Facsimile:  626-844-9909 | |
| ConocoPhillips<br>315 Johnstone, 1350C POB<br>Bartlesville, OK  74004<br>Attn:  Craig Cooper<br>Telephone:  918-661-1559<br>Facsimile:  918-661-6143 | |

| ENTITY | ATTORNEYS |
|---|---|
| Noble Energy, Inc.<br>100 Glenbourgh Dr., Suite 100, 13th Fl.<br>Houston, TX  77067<br>Attn:  Dan Cooper<br>Telephone:  281-876-8844<br>Facsimile:  281-876-8845 | Jeffrey M. Schlerf, Edsquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>Telephone:  (302) 655-5000<br>Facsimile:  (302) 658-6395<br>Email:  jschlerf@bayardlaw.com<br><br>Richard A. Chesley, Esquire<br>Paul, Hastings, Janofsky &Walker, LLP<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL  60606<br>Telephone:  (312) 499-6000<br>Facsimile:  (312) 499-6100<br>Email:  richardchesley@paulhastings.com |
| Plains All American Pipeline LP<br>333 Clay St., Suite 1600<br>Houston, TX  77002<br>Attn:  Mike McBride<br>Telephone:  713-646-4178<br>Facsimile:  713-646-4564 | Jeffrey C. Wisler, Esq.<br>Marc J. Phillips, Esq.<br>Connolly, Bove, Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>Telephone:  (302) 658-9141<br>Facsimile:  (302) 658-0380<br>Email:  jwisler@cblh.com<br>        mphillips@cblh.com<br><br>Clay M. Taylor, Esq.<br>Michael M. McConnell, Esq.<br>Kelly, Hart & Hallman, LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX  76102<br>Telephone:  (817) 332-2500<br>Facsimile:  (817) 878-9766<br>Email:  Clay.Taylor@khh.com<br>        Michael.McConnell@khh.com |

| ENTITY | ATTORNEYS |
|---|---|
| Merrill Lynch Asset Management<br>4 World Financial Center, 7th Floor<br>Attn: Paul Sharkey<br>New York, NY 10080<br>Telephone: (212) 449-9208<br>Facsimile: (212) 449-7148 | Richard M. Beck, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>Email: rbeck@klehr.com<br><br>Kenneth W. Irvin, Esq.<br>McDermott, Will & Emergy, LLP<br>600 13th Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 756-8116<br>Facsimile: (202) 756-8087<br>Email: kirvin@mwe.com<br><br>Nathan F. Coco, Esq.<br>McDermott, Will & Emergy, LLP<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>Telephone: (312) 984-3658<br>Facsimile: (312) 984-7700<br>Email: ncoco@mwe.com<br><br>McDermott, Will & Emergy, LLP<br>Counsel for Merrill Lynch Capital Corporation and Merrill Lynch Commodities, Inc.<br>Attn: Gary O. Ravert, Esq.<br>340 Madison Avenue<br>New York, NY 10173-1922<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>Email: gravert@mwe.com |
| National Refinery Association (NCRA)<br>1391 Iron Horse Road<br>McPherson, KS 67460<br>Attn: Mary Minor<br>Telephone: 620-241-2340 | |

| ENTITY | ATTORNEYS |
|---|---|
| Central Crude Corporation<br>2020 North Bramblewood<br>Wichita, KS 67206<br>Attn: Sally Phillips<br>Telephone: 316-337-8378<br>Facsimile: 316-265-8690 | Karen C. Bifferato, Esq. (No. 3279)<br>Christina M. Thompson, Esq. (No. 3976)<br>Marc J. Phillips, Esq. (No. 4445)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141 |
| Husky Energy Marketing, Inc.<br>707 – 8th Ave. SW<br>Box 6525, Station D<br>Calgary, Alberta T2P 3G7<br>Attn: Steve Downing<br>Telephone: 403-298-6727<br>Facsimile: 403-298-6178 | Laurie Schenker Polleck, Esq. (No. 4300)<br>JASPAN SCHLESINGER HOFFMAN LLP<br>913 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 351-8000<br>Facsimile: (302) 351-8010<br>Email: lpolleck@jshllp-de.com<br><br>Michael G. Burke, Esq.<br>Lee S. Attanasio, Esq.<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: mgburke@sidley.com |
| Crescent Point Energy Trust<br>111 – 5th Ave. SW, Suite 2800<br>Calgary, Alberta T2P 3Y6<br>Attn: Barb Berry (Consultant)<br>Telephone: 403-815-4839 | |
| Crude Marketing & Transportation, Inc.<br>16 East 16th St., #300<br>Attn: Credit Department<br>Tulsa, OK 74119<br>Telephone: 918-585-6790 | |

| ENTITY | ATTORNEYS |
|---|---|
| ChevronTexaco Corp.<br>1500 Louisiana St., 4th Floor<br>Houston, TX 77002<br>Attn: Brian DePriest<br>Telephone: 832-854-5278<br>Facsimile: 832-854-4866 | Norman M. Monhait, Esq. (DE 1040)<br>ROSENTHAL, MONHAIT & GODDESS, PA<br>Citizens Bank Center, Suite 1401<br>919 Market Street<br>P.O. Box 1070<br>Wilmington, DE 19899<br>Telephone: (302) 656-4433<br>Facsimile: (302) 658-7567<br>Email: nmonhait@rmgglaw.com<br><br><br>Richard L. Epling, Esq.<br>Karen B. Dine, Esq.<br>Margot P. Erlich, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036<br>Telephone: (212) 858-1000<br>Facsimile: (212) 585-1500<br>Email: richard.epling@pillsburylaw.com<br>karen.dine@pillsburylaw.com<br>margot.erlich@pillsburylaw.com |
| Alon USA, LP<br>7616 LBJ Freeway, Suite 300<br>Dallas, TX 75251<br>Attn: Michael Dodson<br>Telephone: 972-367-3621<br>Facsimile: 972-367-3737 | Karen C. Bifferato, Esq. (DE3279)<br>Marc J. Phillips, Esq. (DE 4445)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-0380<br><br>Gregory M. Gordon, Esq. (TX 08435300)<br>Daniel P. Winikka, Esq. (TX 00794873)<br>Dan B. Prieto (TX 24048744)<br>Robert J. Jud (TX 24041217)<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201-1515<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100 |

| ENTITY | ATTORNEYS |
|---|---|
| Eaton Vance Management<br>255 State Street<br>Boston, MA  02109<br>Attn:  David Zimmerman<br>Telephone:  617-598-8107<br>Facsimile:  617-482-6811 | |
| Bain Capital / Sankaty<br>111 Huntington Ave.<br>Boston, MA  02199<br>Attn:  David Stein<br>Telephone:  617-516-2690<br>Facsimile:  617-516-2710 | |
| Apache Canada Ltd.<br>700 – 9th Ave. SW<br>Calgary, Alberta  T2P 3V4<br>Attn:  John Chung (Houston Office)<br>Telephone:  713-296-6615<br>Facsimile:  713-296-6675 | |
| Fountain Capital Management<br>10801 Mastin Blvd., Suite 220<br>Overland Park, KS  66210<br>Attn:  Zachary Hamel<br>Telephone:  913-345-2766<br>Facsimile:  913-345-2763 | |
| Arc Energy Trust<br>2100-440 2nd Avenue SW<br>Calgary, Alberta  T2P 5E0<br>Attn:  Credit Department<br>Telephone:  403-503-8600<br>Facsimile:  403-503-8705 | |
| Muzinich & Company<br>450 Park Avenue<br>New York, NY  10022<br>Attn:  Anthony Iorfino<br>Telephone:  212-204-0092<br>Facsimile:  212-888-4368 | |
| Legal and General Investment<br>Management<br>3 Queens Victoria Street<br>London, England  EC4N 8NH<br>Attn:  David North<br>Telephone:  44-20-7528-6676 | |

| ENTITY | ATTORNEYS |
|---|---|
| Teppco Crude Oil, LLC<br>1100 Louisiana St., Suite 8160<br>Houston, TX  77002<br>Attn:  Gary Yager<br>Telephone:  713-381-3639<br>Facsimile:  713-381-7907 | Philip G. Eisenberg, Esquire<br>Mark Chavez, Esquire<br>LOCKE, LORD, BISSELL & LIDDELL, LLP<br>600 Travis Street<br>3400 JP Morgan Chase Tower<br>Houston, TX  77002<br>Telephone:  (713) 226-1200<br>Facsimile:  (713) 223-3717<br>Email:  peisenberg@lockelord.com<br>          mchavez@lockelord.com<br><br>Rick Kuebel, III, Esquire<br>LOCKE, LORD, BISSEL & LIDDELL, LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA  70130<br>Telephone:  (504) 558-5155<br>Facsimile:  (504) 558-5200<br>Email:  rkuebel@lockelord.com |
| Deutsche Capital<br>60 Wall Street<br>New York, NY  10005<br>Attn:  Angelo D'Urso<br>Telephone:  (212) 250-5843 | |
| Pioneer Natural Resources USA, Inc.<br>5205 N. O'Connor Blvd., Suite 1400<br>Dallas, TX  75039<br>Attn:  Jamie Fuselier<br>Telephone:  972-969-3671<br>Facsimile:  972-969-3590 | William D. Sullivan, Esq. (No. 2820)<br>SULLIVAN HAZELTINE ALLINSON, LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE  19801<br>Telephone:  (302) 428-8191<br>Facsimile:  (302) 428-8125<br><br>Christopher L. Richardson, Esq. (No. 13437)<br>DAVIS GRAHAM & STUBBS LLP<br>1550 15th Street, Suite 500<br>Denver, CO  80202<br>Telephone:  (303) 892-7420<br>Facsimile:  (303) 893-1379 |
| Cimmaron Transportation, LLC<br>3314 E. Hwy. 82<br>Gainesville, TX  76240<br>Attn:  John Schmitz<br>Telephone: 940-665-4373 | |

| ENTITY | ATTORNEYS |
|---|---|
| Nexen Marketing Inc.<br>801 – 7th Avenue SW, Suite 1700<br>Calgary, Alberta  T2P 3P7<br>Attn:  Fred Pacione<br>Telephone:  403-699-4075<br>Facsimile:  403-303-2230 | |
| Central Kansas Crude, LLC<br>920 East First Street<br>Pratt, KS  67124<br>Telephone:  620-672-9484 | |
| Royal Dutch Petroleum Company<br>(Shell)<br>Plaza Level One<br>909 Fannin Street<br>Houston, TX  77010<br>Attn:  Miguel Correa<br>Telephone:  713-230-5120<br>Facsimile:  713-265-5120 | |
| Bank of America, N.A.<br>c/o Jay T. Wampler<br>Strategic Solutions, Inc.<br>901 Main St. 66th Floor<br>Dallas, TX 75202 | Laurie Selber Silverstein, Esq.<br>Potter, Anderson & Corroon, LLP<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br><br>Margot B. Schonholtz, Esq.<br>Scott D. Talmadge, Esq.<br>Marc D. Rosenberg, Esq.<br>KAYE SCHOLER, LLP<br>425 Park Avenue<br>New York, New York  10022<br>Telephone:  (212)836-8000<br>Facsimile: (212)836-8689<br>Email:  mschonholtz@kayescholer.com<br>stalmadge@kayescholer.com<br>mrosenberg@kayescholer.com |

| ENTITY | ATTORNEYS |
|---|---|
| General Electric Capital Corporation<br>120 Long Ridge Road<br>Stamford, CT 06927<br>Attn: Portfolio Manager – SemCrude<br>      Pipeline | Kurt F. Gwynne (No. 3951)<br>Thad J. Bracegirdle (No. 3691)<br>1201 North Market Street, Suite 1500<br>Wilmington, Delaware  19801<br>Telephone:  (302) 778-7500<br>Email:     kgwynne@reedsmith.com<br>            tbracegirdle@reedsmith.com<br><br>Edwin E. Smith, Esq.<br>Steven Wilamowsky, Esq.<br>Andrew J. Gallo, Esq.<br>Francesca L. Miceli, Esq.<br>BINGHAM, McCUTCHEN LLP<br>One Federal Street<br>Boston, Massachusetts  02110<br>Telephone: (617) 951-8000<br>Email:     andrew.gallo@bingham.com<br>            francesca.miceli@bingham.com<br><br>James J. Canfield, Esq.<br>HISCOCK & BARCLAY, LLP<br>One Park Place<br>300 South State Street<br>Syracuse, New York  13202<br>Telephone:  (315) 425-2763<br>Email:     jcanfield@hiscockbarclay.com |

14

| ENTITY | ATTORNEYS |
|---|---|
| Manchester Securities Corp.<br>712 Fifth Avenue, 35th Floor<br>New York, NY 10019<br>Attn: Elliot Greenburg, Vice President | Brian S. Hermann, esq.<br>Christopher A. Jarvinen, Esq.<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON, LLP<br>1285 Avenue of the Americas<br>New York, New York  10019<br>Telephone: (212)373-3000<br>Email:     bhermann@paulweiss.com<br>              cjarvinen@paulweiss.com<br><br>Pauline K. Morgan, Esq.<br>Erin D. Edwards, Esq.<br>YOUNG, CONWAY, STARGATT &<br>TAYLOR, LLP<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:     pmorgan@ycst.com<br>              eedwards@ycst.com |
| Alerian Finance Partners, LP<br>2100 McKinney Avenue<br>Dallas, TX 75201<br>Attn: Gariel A. Hammond<br><br>and<br><br>45 Rockefeller Plaza, Suite 2000<br>New York, NY 10111<br>Attn: Richard Levy, Chief Financial<br>Officer | Brian S. Hermann, esq.<br>Christopher A. Jarvinen, Esq.<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON, LLP<br>1285 Avenue of the Americas<br>New York, New York  10019<br>Telephone: (212)373-3000<br>Email:     bhermann@paulweiss.com<br>              cjarvinen@paulweiss.com<br><br>Pauline K. Morgan, Esq.<br>Erin D. Edwards, Esq.<br>YOUNG, CONWAY, STARGATT &<br>TAYLOR, LLP<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:     pmorgan@ycst.com<br><br>              eedwards@ycst.com |

Dated: August 4, 2008

s/ Bradford J. Sandler

Bradford J. Sandler, Esq. (No. 4142)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801-1611
Telephone:  (302) 442-7010
Facsimile:  (302) 442-7012

*Attorneys for Party in Interest Carmac*
*Energy Corporation*

ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
|  | : |  |
| In re | : | **Chapter 11** |
|  | : |  |
| **SEMCRUDE, L.P.**, *et al.*, | : | **Case No. 08-11525 (BLS)** |
|  | : | **Joint Administration Requested** |
| **Debtors.** | : |  |
|  | : | Re: Docket No. 15 |
------------------------------------------------------------x

### ORDER AUTHORIZING THE DEBTORS TO PAY CERTAIN
### CRITICAL PROVIDERS AND OTHER CRITICAL PREPETITION CLAIMS

Upon the motion, dated July 22, 2008 (the "Motion"), of SemCrude, L.P., its

parent, SemGroup, L.P. ("SemGroup"), and certain direct or indirect subsidiaries of SemGroup,

as debtors and debtors in possession (collectively, the "SemGroup Companies" or the

"Debtors"), pursuant to sections 105, 363, 364, and 1107 of chapter 11 of title 11 of the United

States Code (the "Bankruptcy Code"), to pay certain prepetition claims (the "Critical Prepetition

Claims"), consisting of (I) the prepetition fixed, liquidated, and undisputed claims (the "Critical

Provider Claims") of certain of the Debtors' critical suppliers and providers of products and

services (collectively, the "Critical Providers") on the terms and conditions set forth herein, and

(II) other critical claims (the "Other Critical Claims"), including (a) the prepetition claims of

creditors who transport product or supplies by truck, railroad, barge, pipeline, or other similar

means (the "Common Carriers"), (b) the prepetition claims of creditors storing product or

supplies, whether in warehouses, tanks, terminals, underground storage facilities, or other similar

means (the "Warehousemen"), and (c) prepetition claims related to customs, including Customs

Duties (defined below) and the prepetition claims of customs brokers (the "Customs Brokers"),

all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion

and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and

consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § § 1408 and 1409; and due and proper notice of the Motion having been provided to (a) the U.S. Trustee for the District of Delaware, (b) those creditors listed on the Debtors' Consolidated List of Creditors Holding 30 Largest Unsecured Claims, (c) counsel to Bank of America, N.A., as administrative agent for certain of the Debtors' prepetition secured lenders and, (d) General Electric Capital Corporation, as administrative agent for certain of SemCrude Pipeline, L.L.C.'s prepetition secured lenders, (e) Wells Fargo National Bank, National Association, as indenture trustee for the Debtors' prepetition unsecured bondholders, (f) Manchester Securities Corp. and Alerian Finance Partners, LP; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted on as modified herein; and it is further

ORDERED that the Debtors are authorized, but not directed, in their sole discretion, to pay the Critical Prepetition Claims in an amount not to exceed $50 million in the aggregate; *provided, however*, that the Debtors shall notify the following parties of any payments made pursuant to this Order: the United States Trustee, Bank of America, N.A., as administrative agent for certain of the Debtors' prepetition secured lenders, the Ad Hoc Committee of Noteholders (until such time as a statutory committee of creditors is appointed), and the statutory committee of creditors, when appointed; and it is further

2

ORDERED that the Debtors are authorized, but not directed, in their sole discretion, to seek to cause each Critical Provider to enter into an agreement ("Supplier Protection Agreement") with the Debtors as a condition of payment of its Critical Provider Claim that includes terms substantially similar to the following:

(a)  in the Debtors' sole discretion, the Debtors will make all payments, in cash or in kind (at the Debtors' election), due the Critical Provider for pre-Commencement Date transactions, on the due date or as soon as reasonably practicable thereafter;

(b)  the Critical Provider agrees, through the earlier of six (6) months after the Commencement Date or the effective date of a chapter 11 plan, to be bound by the Customary Trade Terms (as defined below), which shall include, but not be limited to, credit terms, historical pricing conventions, historical product volumes, cash discounts, payment terms, allowances, rebates, normal product mix, and availability and other applicable terms and programs acceptable to the Debtors, so long as the Debtors are not then in postpetition default;

(c)  the "Customary Trade Terms" shall be defined as those trade terms with the Critical Provider that were most favorable to the Debtors at any time during the time period from July 1, 2007 through the Commencement Date;

(d)  the Critical Provider acknowledges that it has reviewed the terms and provisions of this Motion and the order approving this Motion, and consents to be bound thereby;

(e)  the Critical Provider agrees that, to the extent it has received payment under the Critical Provider Program from the Debtors on a Critical Provider Claim, but the Critical Provider subsequently refuses to supply products or services to the Debtors on Customary Trade Terms, the Critical Provider will immediately repay to the Debtors any such payments, without the right of setoff, recoupment, or reclamation by the Critical Provider; and

(f)  to the extent there exist any safe-harbor contracts between the Debtors and the Critical Provider that contain a right of termination based on the Debtors' bankruptcy, insolvency, or other similar conditions, the Critical Provider agrees to waive the filing of bankruptcy by or the insolvency or other similar conditions of the Debtors as a termination right under those contracts for the duration of the Supplier Protection Agreement. All other default, suspension, and termination provisions in such contracts shall remain in effect;

and it is further

ORDERED that if a Critical Provider refuses to provide product, supplies, or services on Customary Trade Terms (or such other terms as are agreed by the parties) following receipt of payment on its Critical Provider Claim, or fails to comply with any Supplier Protection Agreement entered into between such Critical Provider and the Debtors, the Debtors are authorized to, in their discretion and without further order of the Court, (a) declare that any Supplier Protection Agreement between the Debtors and such Critical Provider is terminated, and (b) declare that provisional payments made to such Critical Provider on account of its Critical Provider Claim, whether pursuant to a Supplier Protection Agreement or otherwise, shall be deemed to have been in payment of then-outstanding postpetition claims of such vendors without further order of the Court or action by any person or entity; and it is further

ORDERED that if a Critical Provider refuses to supply product, supplies, or services to the Debtors on Customary Trade Terms (or such other terms as are agreed by the parties) following receipt on its Critical Provider Claim, or fails to comply with any Supplier Protection Agreement entered into between such Critical Provider and the Debtors, the Debtors are hereby authorized, without further order of the Court, to exercise either of the rights set forth in the preceding paragraph, the Critical Provider against which such rights are exercised shall immediately return to the Debtors any payments made to it on account of its Critical Provider Claims to the extent that any such payments exceed the postpetition claims of such provider then outstanding without giving effect to any rights of setoff, claims, provision for payment of reclamation or trust fund claims, or otherwise.  In short, in the event that either a Supplier Protection Agreement is terminated or a Critical Provider refuses to provide product, supplies, or services to the Debtors on Customary Trade Terms following receipt of payment on its Critical Provider Claim, the Debtors and such Critical Provider are to be returned to their *status quo ante*, i.e., their respective positions immediately prior to entry of this Order; and it is further

ORDERED that nothing contained in this Order shall constitute a waiver of the Debtors' right to seek damages or other appropriate remedies against any breaching Critical Provider; and it is further

ORDERED that, notwithstanding the foregoing, the Debtors, in their business judgment, may reinstate a Supplier Protection Agreement if the underlying default under the Supplier Protection Agreement is fully cured by the Critical Provider not later than five (5) business days following the Debtors' notification to the Critical Provider that such default occurred, or the Debtors, in their business judgment, reach a favorable alternative agreement with the Critical Provider; and it is further

ORDERED that nothing herein shall change the nature or priority of the underlying Critical Prepetition Claims; and it is further

ORDERED that nothing contained in this Order shall be deemed to constitute an assumption or adoption of any executory contract or prepetition or postpetition agreement between the Debtors and the holder of a Critical Prepetition Claim, or to require the Debtors to make any of the payments authorized herein; and it is further

ORDERED that the authorization granted hereby to pay Critical Prepetition Claims shall not create any obligation on the part of the Debtors or their officers, directors, attorneys, or agents to pay the Critical Prepetition Claims, none of the foregoing persons shall have any liability on account of any decision by the Debtors not to pay a Critical Prepetition Claim, and nothing contained in this Order shall be deemed to increase, reclassify, elevate to an administrative expense status, or otherwise affect the Critical Provider Claims to the extent they are not paid; and it is further

ORDERED that the amount of such Critical Provider Claim set forth in connection with a Supplier Protection Agreement shall be used only for purposes of determining such Critical Provider's claim under this Order and shall not be deemed a claim allowed by the Court, and the rights of all interested persons to object to such claim shall be fully preserved until further order of the Court. Further, signing a Supplier Protection Agreement containing a claim amount for purposes of this Order shall not excuse such Critical Provider from filing a proof of claim in these cases; and it is further

ORDERED that no claimant who receives payment on account of a Critical Prepetition Claim is permitted to file or perfect a lien, reclamation claim, or a claim under section 503(b)(9) of the Bankruptcy Code on account of such Critical Prepetition Claim, and any such claimant shall take at the claimant's expense all necessary action to remove any existing lien or withdraw such reclamation claim or 503(b)(9) claim relating to such Critical Prepetition Claim, even if the lien, reclamation claim, or 503(b)(9) claim is against property of a non-debtor; and it is further

ORDERED that, notwithstanding the relief granted herein and any actions taken hereunder, nothing contained herein shall create, nor is intended to create, any rights in favor of, or enhance the status of any claim held by, any person; and it is further

ORDERED that all applicable banks and other financial institutions are hereby authorized and required, when requested by the Debtors, to receive, process, honor, and pay any and all checks and transfer requests evidencing amounts paid by the Debtors under this Order whether presented prior to or after the Commencement Date. Such banks and financial institutions are authorized to rely on the representations of the Debtors as to which checks are issued or authorized to be paid pursuant to this Order; and it is further

ORDERED that nothing in this Order shall be deemed either a grant of administrative priority expense status to, or authority to pay, any amounts that are disputed by the Debtors; and it is further

ORDERED that nothing contained in this Order shall be construed as a waiver by the Debtors of their rights to contest any claim or invoice of a holder of a Critical Prepetition Claim under applicable law; and it is further

ORDERED that nothing in this Order shall prohibit the Debtors from seeking Court authority to increase the prepetition amounts authorized to be paid hereunder; and it is further

ORDERED that the requirements of Rule 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") are satisfied by the contents of the Motion and notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, or 9014, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order; and it is further

ORDERED that this Order shall be immediately effective and enforceable upon its entry.

Dated: July 23, 2008
      Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

C:\DOCUMENTS AND SETTINGS\TOUBS\DESKTOP\CVMOTIONONLY.DOC
RLF1-3305158-3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

### APPEAL TRANSMITTAL SHEET

Case Number: __08-11525_____    ◉BK    ○ AP
　　If AP, related BK Case Number: _____

Title of Order Appealed:
　see attachment_____
　　　　　　Docket Number: _62_____      Date Entered: _7/23/2008_____

Item Transmitted:   ◉ Notice of Appeal        ○ Motion for Leave to Appeal
　　　　　　　　　○ Amended Notice of Appeal   ○ Cross Appeal
　　　　　　　　　Docket Number: _354_____     Date Filed: _8/4/2008_____

*Appellant/Cross Appellant:              *Appellee/Cross Appellee
_Carmac Energy Corporation_____      _SemCrude, L.P._____ ▪
Counsel for Appellant:                   Counsel for Appellee:
_see attachment_____ ▪      _see attachment_____
_____         _____
_____         _____
_____         _____
_____         _____

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ◉Yes   ○No

IFP Motion Filed by Appellant?   ○Yes   ◉No

Have Additional Appeals to the Same Order been Filed? ○Yes ◉No
　　If so, has District Court assigned a Civil Action Number?   ○Yes ○No   Civil Action # _____

Additional Notes:
_Appellee did not file a Designation of Additional Items to be included in the record_____

_8/27/2008_____             By: _M. Lopez_____
Date                                        Deputy Clerk

---

Bankruptcy Court Appeal (BAP) Number: _08-52_____         FOR USE BY U.S. BANKRUPTCY COURT
7/6/06

## Atttachment

Title of Order Appealed:

Order Authorizing The Debtors To Pay Certain Critical Providers
And Other Critical Prepetition Claims


Counsel for Appellant:

Bradford J. Sandler, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue
Suite 801
Wilmington, DE 19801 -1611
302-442-7010


Doneen D. Jones, Esq.
Fellers Snider Blankenship Bailey & Tippens, LLC
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-8820
405-232-0621


Counsel for Appellee:

Ian Connor Bifferato, Esq.
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801
302-429-1900


John H. Knight, Esq.

L. Katherine Good, Esq.

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700