IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SEMCRUDE, L.P. *et al.*, | ) | Case No. 08-11525 (BLS) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |

**STATEMENT OF ISSUES ON APPEAL AND
DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

Pursuant to Fed. R. Bankr. P. 8006, appellant, Carmac Energy Corporation ("Carmac"), hereby designates (i) the issues on appeal, and (ii) the items to be included in the record on appeal from this Court's Order Authorizing the Debtors to Pay Certain Critical Providers and Other Critical Prepetition Claims, dated July 23, 2008 (Docket No. 62).

## I.   STATEMENT OF ISSUES ON APPEAL

1.   Whether 11 U.S.C. § 105(a) and/or the so-called "doctrine of necessity" provides a bankruptcy court with either statutory authority or equitable power to allow the payment of selected prepetition unsecured trade claims prior to confirmation of a chapter 11 plan?

2.   Whether a bankruptcy court may utilize 11 U.S.C. § 105(a) and/or the so-called "doctrine of necessity" to circumvent explicit provisions of the Bankruptcy Code, create a new subclass of priority claims, subordinate the claims of other prepetition general unsecured creditors and violate a fundamental tenet of bankruptcy; namely, that all similarly situated creditors must be treated equally, fairly and equitably without unfairly discriminating against any such creditors?

3.   Whether the properly admitted evidence in this case provided a sufficient basis to enable the Court to grant the debtors extraordinary relief by allowing the immediate payment of

prepetition general unsecured claims when alternative remedies were available to the debtors to enable them to obtain necessary relief?

## II.    DESIGNATION OF ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL

1. Voluntary Petition under Chapter 11, filed on July 22, 2008 (Docket No. 1).

2. Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy code for an Order (i) Authorizing Payment of Wages, Compensation, and Employee Benefits and (ii) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations, filed on July 22, 2008 (Docket No. 10).

3. Debtors' Motion Pursuant to Sections 105, 363, 364, and 1107 of the Bankruptcy Code and Bankruptcy Rule 6003 for Authorization to Pay Certain Critical Providers and Other Critical Prepetition Claims, filed on July 22, 2008 (Docket No. 15).

4. Declaration of Terrence Ronan in Support of the Debtors' Chapter 11 Petitions and Request for First Day Relief, filed on July 22, 2008 (Docket No. 19).

5. Amended Notice of (I) Filing of Bankruptcy Petitions and Related Pleadings and (II) First-Day Hearing Thereon, filed on July 22, 2008 (Docket No. 32).

6. Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Chapter 11 Cases, filed on July 23, 2008 (Docket No. 56).

7. Order Authorizing the Debtors to Pay Certain Critical Providers and Other Critical Prepetition Claims, filed on July 23, 2008 (Docket No. 62).

8. Transcript of Proceedings held on July 23, 2008 before the Honorable Brendan L. Shannon (Docket No. 192).

9. Notice of Appeal of Carmac Energy Corporation, filed on August 4, 2008 (Docket No. 354).

Dated: August 13, 2008.

        s/ Bradford J. Sandler
        Bradford J. Sandler, (No. 4142)
        Benesch, Freidlander, Coplan & Aronoff LLP
        222 Delaware Avenue, Suite 801
        Wilmington, DE  19801-1611
        Telephone:  (302) 442-7010
        Facsimile:  (302) 442-7012
        rlemisch@bfca.com

        and

        Doneen Douglas Jones, OBA #4762
        FELLERS SNIDER BLANKENSHIP
          BAILEY & TIPPENS, LLC
        100 North Broadway, Suite 1700
        Oklahoma City, OK  73102-8820
        Telephone: (405) 232-0621
        Facsimile:  (405) 239-9659
        djones@fellerssnider.com

        *Attorneys for Carmac Energy Corporation*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SEMCRUDE, L.P. *et al.*, | ) | Case No. 08-11525 (BLS) |
| | ) | |
| Debtor. | ) | re: Docket No. 62 |

**CERTIFICATE OF SERVICE**

I, BRADFORD J. SANDLER, ESQUIRE, hereby certify that on August 13, 2008, I caused to be served a true and correct copy of the foregoing document, via first class mail, hand delivery and/or electronic delivery upon the attorneys listed below, if no attorney is listed the entity was served.

| ENTITY | ATTORNEYS |
|---|---|
| SemCrude, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, Oklahoma  74136-4216 | Mark D. Collins (No. 2981)<br>John H. Knight (No. 3848)<br>L. Katherine Good (No. 5101)<br>Marjis J. Finnegan (DE admission pending)<br>Richards, Layton, & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware  19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email:   collins@rlf.com<br>            knight@rlf.com<br>            good@rlf.com<br>            mfinnegan@rlf.com<br><br>Harvey R. Miller<br>Michael P. Kessler<br>WEIL, GOTSHAL & MAGNES LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Telephone: (212) 310-8000 |

| ENTITY | ATTORNEYS |
|---|---|
|  | Martin A. Sosland<br>Sylvia A. Mayer<br>WEIL, GOTSHAL, & MAGNES LLP<br>200 Crescent Court, Suite 300<br>Dallas, Texas  75201<br>Telephone: (214) 764-7700 |
| Chemical Petroleum Exchange, Incorporated<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>Eaglwing, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  741136-4216<br><br>Grayson Pipeline, L.L.C.<br>6502 South Yale<br>Tulsa, OK  74136<br><br>Greyhawk Gas Storage Company, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>K.C. Asphalt, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br><br><br>SemCanada II, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemCanada, L.P.<br>Two Warren Place | John Henry Knight<br>Mark D. Collins<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:  knight@rlf.com<br>            collins@rlf.com |

2

| ENTITY | ATTORNEYS |
|---|---|
| 6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 | |
| SemCrude Pipeline, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 | |
| SemFuel Transport, LLC<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 | |
| SemFuel, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 | |
| SemGas Gathering LLC<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 | |
| SemGas Storage, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 | |
| SemGas, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 | |
| SemGroup Asia, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 | |
| SemGroup Finance Corp.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 | |
| SemGroup, L.P.<br>Two Warren Place | |

| ENTITY | ATTORNEYS |
|---|---|
| 6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemKan, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemManagement, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemMaterials Vietnam, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemMaterials, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemOperating G.P., L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemStream, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>SemTrucking, L.P.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216<br><br>Steuben Development Company, L.L.C.<br>Two Warren Place<br>6120 South Yale Avenue, Suite 700<br>Tulsa, OK  74136-4216 | |

| ENTITY | ATTORNEYS |
|---|---|
| U.S. Trustee for the District of Delaware<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE  19899-0035 | |
| BP Oil Supply Company<br>28301 Ferry Road, 126P<br>Warrenville, IL  60555<br>Attn:  Dan Rosen<br>Telephone: 630-836-4544<br>Facsimile: 630-836-4600 | James S. Carr<br>Craig A. Wolfe<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY  10178<br>Telephone:  (212) 808-7800<br>Facsimile:  (212) 808-7897<br>Email: KDWBankruptcyDepartment@kelleydryer.com |
| Sunoco Partners Marketing & Terminals, LP<br>1801 Market Street, 25th Floor<br>Philadelphia, PA  19103<br>Attn:  Tony Gallo<br>Telephone: (215) 977-6897 | Joseph J. Bellinger, Jr., Esquire<br>Matthew G Summers, Esquire<br>Ballard, Spahr, Andrews & Ingersoll, LLP<br>300 East Lombard Street<br>18th Floor<br>Baltimore, MD  21202-3268<br>Telephone:  (410) 528-5600<br>Facsimile:  (410) 528-5650<br>Email:  bellingerj@ballardspahr.com<br>          summersm@ballardspahr.com<br><br>Tobey M. Daluz, Esquire<br>Ballard, Spahr, Andrews & Ingersoll, LLP<br>919 N. Market, 12th Floore<br>Wilmington, DE  19801<br>Telephone:  (302) 252-4465<br>Facsimile:  (302) 252-4466<br>Email:  daluzt@ballardspahr.com |
| PIMCO<br>840 Newport Center Dr., Suite 300<br>Newport Beach, CA  92660<br>Attn:  Mark Afrasiabi<br>Telephone: 949-720-6052<br>Facsimile:  949-720-6244 | |

| ENTITY | ATTORNEYS |
|---|---|
| Valero, L.P.<br>P.O. Box 696000<br>San Antonio, TX  78269<br>Attn:  Belinda Haecker<br>Telephone: 210-345-2064<br>Facsimile:  210-444-8511 | Kathleen Miller, Esquire<br>SMITH, KATZENSTEIN & FURLOW, LLP<br>The Corporate Plaza<br>800 Delaware Avenue, 10th Floor<br>P.O. Box 410 (Courier 19801)<br>Wilmington, DE  19899<br>Telephone:  (302) 652-8400<br>Facsimile:  (302) 652-8405<br>Email:  kmiller@skfdelaware.com<br><br>Michael M. Parker, Esquire<br>FULBRIGHT & JAWORSKI, L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX  78205<br>Telephone:  (210) 224-5575<br>Facsimile:  (210) 270-7205<br>Email:  mparker@fulbright.com<br><br>Michael G. Smith, Esquire<br>MICHAEL G. SMITH, P.C.<br>P.O. Box 846<br>515 West Frisco<br>Clinton, OK  73601<br>Telephone:  (580) 323-2167<br>Facsimile:  (580) 323-2188<br>Email:  mike@mikesmithlaw.net |
| Western Asset Management Company<br>385 East Colorado Blvd.<br>Pasadena, CA  91101<br>Attn:  Gibson Cooper<br>Telephone:  626-844-9672<br>Facsimile:  626-844-9909 | |
| ConocoPhillips<br>315 Johnstone, 1350C POB<br>Bartlesville, OK  74004<br>Attn: Craig Cooper<br>Telephone: 918-661-1559<br>Facsimile:  918-661-6143 | |

| ENTITY | ATTORNEYS |
|---|---|
| Noble Energy, Inc.<br>100 Glenbourgh Dr., Suite 100, 13th Fl.<br>Houston, TX  77067<br>Attn:  Dan Cooper<br>Telephone:  281-876-8844<br>Facsimile:  281-876-8845 | Jeffrey M. Schlerf, Edsquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>Telephone:  (302) 655-5000<br>Facsimile:  (302) 658-6395<br>Email:  jschlerf@bayardlaw.com<br><br>Richard A. Chesley, Esquire<br>Paul, Hastings, Janofsky &Walker, LLP<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL  60606<br>Telephone:  (312) 499-6000<br>Facsimile:  (312) 499-6100<br>Email:  richardchesley@paulhastings.com |
| Plains All American Pipeline LP<br>333 Clay St., Suite 1600<br>Houston, TX  77002<br>Attn:  Mike McBride<br>Telephone:  713-646-4178<br>Facsimile:  713-646-4564 | Jeffrey C. Wisler, Esq.<br>Marc J. Phillips, Esq.<br>Connolly, Bove, Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>Telephone:  (302) 658-9141<br>Facsimile:  (302) 658-0380<br>Email:  jwisler@cblh.com<br>            mphillips@cblh.com<br><br>Clay M. Taylor, Esq.<br>Michael M. McConnell, Esq.<br>Kelly, Hart & Hallman, LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX  76102<br>Telephone:  (817) 332-2500<br>Facsimile:  (817) 878-9766<br>Email:  Clay.Taylor@khh.com<br>            Michael.McConnell@khh.com |

| ENTITY | ATTORNEYS |
|---|---|
| Merrill Lynch Asset Management<br>4 World Financial Center, 7th Floor<br>Attn: Paul Sharkey<br>New York, NY 10080<br>Telephone: (212) 449-9208<br>Facsimile: (212) 449-7148 | Richard M. Beck, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>Email: rbeck@klehr.com<br><br>Kenneth W. Irvin, Esq.<br>McDermott, Will & Emergy, LLP<br>600 13th Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 756-8116<br>Facsimile: (202) 756-8087<br>Email: kirvin@mwe.com<br><br>Nathan F. Coco, Esq.<br>McDermott, Will & Emergy, LLP<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>Telephone: (312) 984-3658<br>Facsimile: (312) 984-7700<br>Email: ncoco@mwe.com<br><br>McDermott, Will & Emergy, LLP<br>Counsel for Merrill Lynch Capital Corporation and Merrill Lynch Commodities, Inc.<br>Attn: Gary O. Ravert, Esq.<br>340 Madison Avenue<br>New York, NY 10173-1922<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>Email: gravert@mwe.com |
| National Refinery Association (NCRA)<br>1391 Iron Horse Road<br>McPherson, KS 67460<br>Attn: Mary Minor<br>Telephone: 620-241-2340 | |

8

| ENTITY | ATTORNEYS |
|---|---|
| Central Crude Corporation<br>2020 North Bramblewood<br>Wichita, KS  67206<br>Attn: Sally Phillips<br>Telephone: 316-337-8378<br>Facsimile:  316-265-8690 | Karen C. Bifferato, Esq. (No. 3279)<br>Christina M. Thompson, Esq. (No. 3976)<br>Marc J. Phillips, Esq. (No. 4445)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19801<br>Telephone:  (302) 658-9141 |
| Husky Energy Marketing, Inc.<br>707 – 8th Ave. SW<br>Box 6525, Station D<br>Calgary, Alberta T2P 3G7<br>Attn:  Steve Downing<br>Telephone: 403-298-6727<br>Facsimile: 403-298-6178 | Laurie Schenker Polleck, Esq. (No. 4300)<br>JASPAN SCHLESINGER HOFFMAN LLP<br>913 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 351-8000<br>Facsimile:  (302) 351-8010<br>Email:  lpolleck@jshllp-de.com<br><br>Michael G. Burke, Esq.<br>Lee S. Attanasio, Esq.<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY  10019<br>Telephone:  (212) 839-5300<br>Facsimile:  (212) 839-5599<br>Email: mgburke@sidley.com |
| Crescent Point Energy Trust<br>111 – 5th Ave. SW, Suite 2800<br>Calgary, Alberta  T2P 3Y6<br>Attn:  Barb Berry (Consultant)<br>Telephone:  403-815-4839 | |
| Crude Marketing & Transportation, Inc.<br>16 East 16th St., #300<br>Attn:  Credit Department<br>Tulsa, OK  74119<br>Telephone: 918-585-6790 | |

9

| ENTITY | ATTORNEYS |
|---|---|
| ChevronTexaco Corp.<br>1500 Louisiana St., 4th Floor<br>Houston, TX  77002<br>Attn:  Brian DePriest<br>Telephone: 832-854-5278<br>Facsimile:  832-854-4866 | Norman M. Monhait, Esq. (DE 1040)<br>ROSENTHAL, MONHAIT & GODDESS, PA<br>Citizens Bank Center, Suite 1401<br>919 Market Street<br>P.O. Box 1070<br>Wilmington, DE  19899<br>Telephone:  (302) 656-4433<br>Facsimile:  (302) 658-7567<br>Email:    nmonhait@rmgglaw.com<br><br>Richard L. Epling, Esq.<br>Karen B. Dine, Esq.<br>Margot P. Erlich, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY  10036<br>Telephone:  (212) 858-1000<br>Facsimile: (212) 585-1500<br>Email:    richard.epling@pillsburylaw.com<br>          karen.dine@pillsburylaw.com<br>          margot.erlich@pillsburylaw.com |
| Alon USA, LP<br>7616 LBJ Freeway, Suite 300<br>Dallas, TX  75251<br>Attn:  Michael Dodson<br>Telephone: 972-367-3621<br>Facsimile:  972-367-3737 | Karen C. Bifferato, Esq. (DE3279)<br>Marc J. Phillips, Esq. (DE 4445)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>Telephone:  (302) 658-9141<br>Facsimile:  (302) 658-0380<br><br>Gregory M. Gordon, Esq. (TX 08435300)<br>Daniel P. Winikka, Esq. (TX 00794873)<br>Dan B. Prieto (TX 24048744)<br>Robert J. Jud (TX 24041217)<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX  75201-1515<br>Telephone:  (214) 220-3939<br>Facsimile: (214) 969-5100 |

| ENTITY | ATTORNEYS |
|---|---|
| Eaton Vance Management<br>255 State Street<br>Boston, MA  02109<br>Attn:  David Zimmerman<br>Telephone:  617-598-8107<br>Facsimile:  617-482-6811 | |
| Bain Capital / Sankaty<br>111 Huntington Ave.<br>Boston, MA  02199<br>Attn:  David Stein<br>Telephone:  617-516-2690<br>Facsimile:  617-516-2710 | |
| Apache Canada Ltd.<br>700 – 9th Ave. SW<br>Calgary, Alberta  T2P 3V4<br>Attn: John Chung (Houston Office)<br>Telephone:  713-296-6615<br>Facsimile:  713-296-6675 | |
| Fountain Capital Management<br>10801 Mastin Blvd., Suite 220<br>Overland Park, KS  66210<br>Attn:  Zachary Hamel<br>Telephone:  913-345-2766<br>Facsimile:  913-345-2763 | |
| Arc Energy Trust<br>2100-440 2nd Avenue SW<br>Calgary, Alberta  T2P 5E0<br>Attn:  Credit Department<br>Telephone:  403-503-8600<br>Facsimile:  403-503-8705 | |
| Muzinich & Company<br>450 Park Avenue<br>New York, NY  10022<br>Attn:  Anthony Iorfino<br>Telephone:  212-204-0092<br>Facsimile:  212-888-4368 | |
| Legal and General Investment Management<br>3 Queens Victoria Street<br>London, England  EC4N 8NH<br>Attn:  David North<br>Telephone: 44-20-7528-6676 | |

| ENTITY | ATTORNEYS |
|---|---|
| Teppco Crude Oil, LLC<br>1100 Louisiana St., Suite 8160<br>Houston, TX  77002<br>Attn:  Gary Yager<br>Telephone: 713-381-3639<br>Facsimile:  713-381-7907 | Philip G. Eisenberg, Esquire<br>Mark Chavez, Esquire<br>LOCKE, LORD, BISSELL & LIDDELL, LLP<br>600 Travis Street<br>3400 JP Morgan Chase Tower<br>Houston, TX  77002<br>Telephone:  (713) 226-1200<br>Facsimile:  (713) 223-3717<br>Email:  peisenberg@lockelord.com<br>mchavez@lockelord.com<br><br>Rick Kuebel, III, Esquire<br>LOCKE, LORD, BISSEL & LIDDELL, LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA  70130<br>Telephone:  (504) 558-5155<br>Facsimile:  (504) 558-5200<br>Email:  rkuebel@lockelord.com |
| Deutsche Capital<br>60 Wall Street<br>New York, NY  10005<br>Attn:  Angelo D'Urso<br>Telephone:  (212) 250-5843 | |
| Pioneer Natural Resources USA, Inc.<br>5205 N. O'Connor Blvd., Suite 1400<br>Dallas, TX  75039<br>Attn:  Jamie Fuselier<br>Telephone:  972-969-3671<br>Facsimile:  972-969-3590 | William D. Sullivan, Esq. (No. 2820)<br>SULLIVAN HAZELTINE ALLINSON, LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE  19801<br>Telephone:  (302) 428-8191<br>Facsimile:  (302) 428-8125<br><br>Christopher L. Richardson, Esq. (No. 13437)<br>DAVIS GRAHAM & STUBBS LLP<br>1550 15th Street, Suite 500<br>Denver, CO  80202<br>Telephone:  (303) 892-7420<br>Facsimile:  (303) 893-1379 |
| Cimmaron Transportation, LLC<br>3314 E. Hwy. 82<br>Gainesville, TX  76240<br>Attn: John Schmitz<br>Telephone: 940-665-4373 | |

| ENTITY | ATTORNEYS |
|---|---|
| Nexen Marketing Inc.<br>801 – 7th Avenue SW, Suite 1700<br>Calgary, Alberta  T2P 3P7<br>Attn:  Fred Pacione<br>Telephone:  403-699-4075<br>Facsimile:  403-303-2230 | |
| Central Kansas Crude, LLC<br>920 East First Street<br>Pratt, KS  67124<br>Telephone:  620-672-9484 | |
| Royal Dutch Petroleum Company (Shell)<br>Plaza Level One<br>909 Fannin Street<br>Houston, TX  77010<br>Attn:  Miguel Correa<br>Telephone:  713-230-5120<br>Facsimile:  713-265-5120 | |
| Bank of America, N.A.<br>c/o Jay T. Wampler<br>Strategic Solutions, Inc.<br>901 Main St. 66th Floor<br>Dallas, TX 75202 | Laurie Selber Silverstein, Esq.<br>Potter, Anderson & Corroon, LLP<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br><br>Margot B. Schonholtz, Esq.<br>Scott D. Talmadge, Esq.<br>Marc D. Rosenberg, Esq.<br>KAYE SCHOLER, LLP<br>425 Park Avenue<br>New York, New York  10022<br>Telephone:  (212)836-8000<br>Facsimile: (212)836-8689<br>Email:  mschonholtz@kayescholer.com<br>stalmadge@kayescholer.com<br>mrosenberg@kayescholer.com |

13

| ENTITY | ATTORNEYS |
|---|---|
| General Electric Capital Corporation<br>120 Long Ridge Road<br>Stamford, CT 06927<br>Attn: Portfolio Manager – SemCrude Pipeline | Kurt F. Gwynne (No. 3951)<br>Thad J. Bracegirdle (No. 3691)<br>1201 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Telephone: (302) 778-7500<br>Email:   kgwynne@reedsmith.com<br>            tbracegirdle@reedsmith.com<br><br>Edwin E. Smith, Esq.<br>Steven Wilamowsky, Esq.<br>Andrew J. Gallo, Esq.<br>Francesca L. Miceli, Esq.<br>BINGHAM, McCUTCHEN LLP<br>One Federal Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 951-8000<br>Email:   andrew.gallo@bingham.com<br>            francesca.miceli@bingham.com<br><br>James J. Canfield, Esq.<br>HISCOCK & BARCLAY, LLP<br>One Park Place<br>300 South State Street<br>Syracuse, New York 13202<br>Telephone: (315) 425-2763<br>Email:   jcanfield@hiscockbarclay.com |

| ENTITY | ATTORNEYS |
|---|---|
| Manchester Securities Corp.<br>712 Fifth Avenue, 35th Floor<br>New York, NY 10019<br>Attn: Elliot Greenburg, Vice President | Brian S. Hermann, esq.<br>Christopher A. Jarvinen, Esq.<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP<br>1285 Avenue of the Americas<br>New York, New York  10019<br>Telephone: (212)373-3000<br>Email:    bhermann@paulweiss.com<br>             cjarvinen@paulweiss.com<br><br>Pauline K. Morgan, Esq.<br>Erin D. Edwards, Esq.<br>YOUNG, CONWAY, STARGATT & TAYLOR, LLP<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:    pmorgan@ycst.com<br>             eedwards@ycst.com |
| Alerian Finance Partners, LP<br>2100 McKinney Avenue<br>Dallas, TX 75201<br>Attn: Gariel A. Hammond<br><br>and<br><br>45 Rockefeller Plaza, Suite 2000<br>New York, NY 10111<br>Attn: Richard Levy, Chief Financial Officer | Brian S. Hermann, esq.<br>Christopher A. Jarvinen, Esq.<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP<br>1285 Avenue of the Americas<br>New York, New York  10019<br>Telephone: (212)373-3000<br>Email:    bhermann@paulweiss.com<br>             cjarvinen@paulweiss.com<br><br>Pauline K. Morgan, Esq.<br>Erin D. Edwards, Esq.<br>YOUNG, CONWAY, STARGATT & TAYLOR, LLP<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:    pmorgan@ycst.com<br>             eedwards@ycst.com |

Dated: August 13, 2008

                                                   s/ Bradford J. Sandler
                                                   Bradford J. Sandler, Esq. (No. 4142)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801-1611
Telephone: (302) 442-7010
Facsimile: (302) 442-7012

*Attorneys for Party in Interest Carmac Energy Corporation*