## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 3

IN RE: Semcrude LP et al

|  |  |  |
|---|---|---|
| | ) | |
| Carmac Energy Corporation | ) | |
| Appellant | ) | Civil Action No. 08-549 |
| v. | ) | |
| | ) | |
| | ) | |
| Semcrude LP et al | ) | Bankruptcy Case No.08-11525 |
| | | AP No.08-52 |
| Appellee | | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 7/23/08 was docketed in the District Court on 8/28/08:

> Order Authorizing the Debtors to Pay Certain Critical Providers and Other Critical Prepetition Claims

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date: August 28, 2008

To: U.S. Bankruptcy Court
Counsel